# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHRIS OLSON,<br><br>　　　　　Defendant. | No. CR-13-014-RMP-4<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

　　　Before the court is the Defendant, Chris Olson's unopposed Amended Motion to Modify Conditions of Release. For good cause shown,

　　　**IT IS ORDERED** that the unopposed Amended Motion to Modify Conditions of Release, **ECF 138,** is **GRANTED.** The requirement that the Defendant shall remain in the Eastern District of Washington will be modified to permit limited travel from June 7, 2013 to June 27, 2013.

　　　All other terms and conditions of his release will remain in full force and effect.

　　　DATED June 4, 2013.


　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER - 1